# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Fredrick DeWayne Hines,

        Petitioner,

v.

Tom Roy,

        Respondent.

Civil No. 18-cv-2552 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The petition for a writ of habeas corpus of Petitioner Fredrick Dewayne Hines [Doc. No. 1] is **DENIED WITHOUT PREJUDICE**;

3. Hines's application to proceed in forma pauperis [Doc. No. 4] is **DENIED**; and

4. No certificate of appealability will be issued.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 10/22/18

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge